UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,                                             CASE NO.: 14-cv-24427-DPG

v.

CHECKERS DRIVE-IN RESTAURANTS,
INC. d/b/a CHECKERS, a foreign
corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, DOUGLAS LONGHINI, individually, with the consent of Defendant, CHECKERS DRIVE-IN RESTAURANTS, INC. d/b/a CHECKERS, a foreign corporation, hereby notifies the Court that Plaintiff and Defendant have reached settlement-in-principle with respect to Plaintiff's case against Defendants. The parties are finalizing a formal settlement agreement for signature.

Respectfully submitted this 15th day of July, 2015.

                                                    Respectfully submitted,

**ESPINOSA | JOMARRON**
*Counsel For The Disabled*
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Telephone:    (305) 717-7530
Facsimile:     (305) 717-7539
Primary e-mail: eservice@ejtrial.com
Secondary e-mail: tallison@ejtrial.com
Secondary e-mail: despinosa@ejtrial.com

By: */s/ Thomas C. Allison*
      Thomas Allison, Esq.
      Florida Bar No. 35242

– 1 –
ESPINOSA | JOMARRON
TRIAL LAWYERS

*Longhini v. Pollo Operations, Inc., etc., et al.*
Case No.: 1:14-cv-23269-DPG

Daniel A. Espinosa, Esq.
Florida Bar No. 81686

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 15th day of July, 2016.

By: */s/ Thomas C. Allison*
Thomas Allison, Esq.
Florida Bar No. 35242

**Service List**

Robert S. Fine, Esq.
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas, Suite 4400
Miami, Florida 33131
E-mail: FineR@gtlaw.com
*Counsel for Checkers Drive-In Restaurants, Inc.*