UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,                                    CASE NO.: 14-cv-24427-DPG

v.

CHECKERS DRIVE-IN RESTAURANTS,
INC. d/b/a CHECKERS, a foreign
corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE OF DEFENDANT

    Plaintiff, DOUGLAS LONGHINI, individually, and Defendant, CHECKERS DRIVE-IN RESTAURANTS, INC. d/b/a CHECKERS, pursuant to Rule 41(a)(1)(A)(ii), hereby submit their Joint Stipulation of Dismissal with Prejudice of Defendant, pursuant to the Parties' confidential settlement agreement, with each party to bear their own costs and fees. The Parties respectfully request that the Court retain jurisdiction to enforce the terms of their confidential settlement agreement.

    **DATED** this 14th day of August, 2014.

    Respectfully submitted,

| By: */s/ Thomas C. Allison* | By: */s/ Robert Galbo* |
|---|---|
| Thomas C. Allison, Esq. | Robert S. Fine |
| Florida Bar No. 35242 | Florida Bar No. 155586 |
| 4300 Biscayne Boulevard, Suite 305 | Benjamin L. Reiss |
| Miami, Florida 33137 | Florida Bar No. 0985643 |
| Telephone:    (305) 717-7530 | Robert Galbo |
| Facsimile:    (305) 717-7539 | Florida Bar No. 106937 |
| E-mail: tallison@ejtrial.com | GREENBERG TRAURIG, P.A. |
| | 333 Avenue of the Americas, Suite 4400 |
| *Counsel for Plaintiff* | Miami, FL 33131 |

– 1 –

*Longhini v. Checkers Drive-In Restaurants, Inc., etc.*
Case No.: 14-cv-24427-DPG

|  | Telephone:    (305) 579-0500<br>Facsimile:    (305) 579-0717<br>E-mail: FineR@gtlaw.com<br>E-mail: ReissB@gtlaw.com<br>E-mail: GalboR@gtlaw.com<br><br>*Counsel for Defendant* |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 14th day of August, 2015.

By: */s/ Thomas C. Allison*
Thomas Allison, Esq.
Florida Bar No. 35242

**Service List**

Robert S. Fine, Esq.
Benjamin L. Reiss, Esq.
Robert Galbo, Esq.
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas, Suite 4400
Miami, Florida 33131
E-mail: FineR@gtlaw.com
E-mail: ReissB@gtlaw.com
E-mail: GalboR@gtlaw.com

*Counsel for Checkers Drive-In Restaurants, Inc.*